HARRY M. TARR, Respondent, *v.* SEEKONK CORPORATION, Appellant.

Supreme Court, Appellate Term, First Department, April 1, 1948.

*Arthur M. Boal* for appellant.

*Robert Mishkin* and *Richard M. Cantor* for respondent.

*Per Curiam.* The plaintiff may not recover in an action for maintenance and cure for items included in a recovery in his

action for full indemnity (*Krey* v. *United States*, 123 F. 2d 1008). The record of the trial does not disclose whether the item of wages for which a recovery was had in the indemnity action is identical with the item of maintenance in the present case.

The judgment should be reversed and new trial ordered, with $30 costs to appellant to abide the event.

HAMMER, CHURCH and EDER, JJ., concur.

Judgment reversed, etc.